# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

|  |  |
|---|---|
| **Debtor:** | CHARLES R. & LIZABETH L. DEAN |
| **Case Number:** | 16-20727-GLT      **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 22, 2016 10:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### Matter:

#7 - Final Confirmation of Plan Dated 3-2-16 (NFC)
   +Objection filed by City and School District of Pittsburgh
R / M #:  7 / 0

### Appearances:

Debtor: Rieger

Trustee: Winnecour / Bedford / Pail / Katz

Creditor: C. Preville - City/SD Pgh

[RECEIVED 2016 SEP 22 PM 3:48]

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 2-2-17 at 9:30.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/14/2016  12:34:23PM