# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | CHARLES R. & LIZABETH L. DEAN |
| **Case Number:** | 16-20727-GLT     **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 02, 2017 09:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matter:*

#7 - Continued Confirmation of Plan Dated 3-2-2016 (NFC)
R / M #:  7 / 0

### *Appearances:*

Rieger

Debtor:
Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

*[Stamp: RECEIVED 2017 FEB -2 P 4:34 CLERK U.S. BANKRUPTCY COURT PITTSBURGH]*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued 4/27/17 at 11:00.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
Objections are due on or before _____ .
A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/27/2017   4:16:58PM