UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF
PENNSYLVANIA

In RE:  
CHARLES R. DEAN  
LIZABETH L. DEAN

Case No. 16-20727

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above entitled case hereby requests that the mailing address, pertaining to both notices and payments, listed in the above stated case be changed;

FROM:  
Fay Servicing, LLC

939 W. North Avenue

Suite 680

Chicago, IL 60642

TO:  
Fay Servicing, LLC

440 S. LaSalle Street

Suite 2000

Chicago, IL 60605

Dated: 05/16/2017

Valerie Burley

Creditor's Authorized Agent for Fay Servicing LLC

Address: 1212 Corporate Drive, Suite 400, Irving, TX 75038  
Telephone (817) 277-2011

FILED 2017 MAY 17 A 10:49 CLERK U.S. BANKRUPTCY COURT PITTSBURGH