Form 213

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Charles R. Dean**
**Lizabeth L. Dean**
**aka Lizabeth L Hartung–Dean**
  Debtor(s)

Bankruptcy Case No.: 16−20727−GLT
Related to Docket No. 54
Chapter: 13
Docket No.: 55 − 54
Concil. Conf.: April 5, 2018 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **March 8, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 23, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **April 5, 2018** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 22, 2018

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                               Case No. 16-20727-GLT
Charles R. Dean                                                      Chapter 13
Lizebeth L. Dean
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas                  Page 1 of 2             Date Rcvd: Jan 22, 2018
                              Form ID: 213                Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2018.
db/jdb         +Charles R. Dean,    Lizebeth L. Dean,    1129 Greenfield Avenue,    Pittsburgh, PA 15217-2930
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5861
14189843       +AAS Debt Recovery,    P.O. Box 129,   Monroeville, PA 15146-0129
14213548       +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14189844       +Convergent Outsourcing,    P.O. Box 9004,   Renton, WA 98057-9004
14189848       +Fay Servicing,    P.O. Box 619063,   Dallas, TX 75261-9063
14189847       +Fay Servicing, LLC,    3000 Kellway Dr.,   Ste 150,    Carrollton TX 75006-3357
14189850       +First National Bank,    4140 East State Street,    Hermitage, PA 16148-3401
14189851       +JPMC Specialty Mortgage/ Chase,    3415 Vision Drive,    Columbus, OH 43219-6009
14189852       +KML Law Group,    Mellon Independence Center Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
14235899        Navient Solutions, Inc.,    PO BOX 9640,   Wilkes-Barre, PA 18773-9640
14251555       +Peoples Natural Gas Company, LLC,    225 N. Shore Drive,    Pittsburgh, PA 15212,
                 Attention: Dawn Lindner 15212-5861
14213546       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14257183       +Porania LLC,    c/o Biltmore Asset Management,    24500 Center Ridge Rd Ste 472,
                 Westlake, OH 44145-5605
14257611       +Wilmington Trust, N.A., Trustee (See 410),    c/o Fay Servicing, LLC,    Bankruptcy Department,
                 939 W. North Avenue Suite 680,    Chicago, Illinois 60642-1231

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: rmscedi@recoverycorp.com Jan 23 2018 01:55:52
                 Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
                 Miami, FL  33131-1605
14205448        E-mail/Text: ally@ebn.phinsolutions.com Jan 23 2018 01:52:22     Ally Financial f/k/a GMAC,
                 PO Box 130424,    Roseville MN 55113-0004
14257606       +E-mail/Text: kburkley@bernsteinlaw.com Jan 23 2018 01:53:20     Duquesne Light Company,
                 c/o Peter J. Ashcroft,    Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14189853       +E-mail/PDF: pa_dc_claims@navient.com Jan 23 2018 01:56:06     Navient,    P.O. Box 9655,
                 Wilkes Barre, PA 18773-9655
14287452        E-mail/PDF: rmscedi@recoverycorp.com Jan 23 2018 01:55:52
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 5

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              City and School District of Pittsburgh
cr              Duquesne Light Company
cr              Pittsburgh Water & Sewer Authority
cr              WILMINGTON TRUST, NATIONAL ASSOCIATION, Et Al...
cr              Wilmington Trust, National Association, not in its
14189849*      +Fay Servicing LLC,    3000 Kellway Dr.,   Ste 150,    Carrollton TX 75006-3357
14189845      ##+Debt Recovery Solutions,    900 Merchants Con Suite 106,    Westbury, NY 11590-5114
14189846      ##ECMC,   1 Imation Place,    Building 2,   Oakdale, MN 55128-3422
                                                                                 TOTALS: 5, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018                              Signature:   /s/Joseph Speetjens

```
District/off: 0315-2          User: dbas              Page 2 of 2              Date Rcvd: Jan 22, 2018
                              Form ID: 213            Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2018 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, Et Al...
           agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Christian M Rieger    on behalf of Joint Debtor Lizabeth L. Dean criegerlaw@gmail.com,
           chris@pauldanielslaw.com
          Christian M Rieger    on behalf of Debtor Charles R. Dean criegerlaw@gmail.com,
           chris@pauldanielslaw.com
          James Warmbrodt    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, Et Al...
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 10
```