Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Charles R. Dean** | : | Case No. 16−20727−GLT |
| **Lizabeth L. Dean** | : | Chapter: 13 |
| **aka Lizabeth L Hartung−Dean** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | Related to Docket No. 54 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this **The 26th of March, 2018,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-20727-GLT
Charles R. Dean                                                       Chapter 13
Lizabeth L. Dean
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dbas              Page 1 of 2              Date Rcvd: Mar 26, 2018
                             Form ID: 309            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
```
db/jdb         +Charles R. Dean,    Lizabeth L. Dean,    1129 Greenfield Avenue,    Pittsburgh, PA 15217-2930
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5861
14189843       +AAS Debt Recovery,    P.O. Box 129,    Monroeville, PA 15146-0129
14213548       +City and School District of Pittsburgh,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14189848       +Fay Servicing,    P.O. Box 619063,    Dallas, TX 75261-9063
14189847       +Fay Servicing, LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton TX 75006-3357
14189850       +First National Bank,    4140 East State Street,    Hermitage, PA 16148-3401
14189851       +JPMC Specialty Mortgage/ Chase,    3415 Vision Drive,    Columbus, OH 43219-6009
14189852       +KML Law Group,    Mellon Independence Center Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
14251555       +Peoples Natural Gas Company, LLC,    225 N. Shore Drive,    Pittsburgh, PA 15212,
                 Attention: Dawn Lindner 15212-5861
14213546       +Pittsburgh Water & Sewer Authority,    c/o Goehring Rutter & Boehm,
                 437 Grant Street, 14th Floor,    Pittsburgh, PA 15219-6101
14257183       +Porania LLC,    c/o Biltmore Asset Management,    24500 Center Ridge Rd Ste 472,
                 Westlake, OH 44145-5605
14257611       +Wilmington Trust, N.A., Trustee (See 410),    c/o Fay Servicing, LLC,    Bankruptcy Department,
                 939 W. North Avenue Suite 680,    Chicago, Illinois 60642-1231
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              EDI: RECOVERYCORP.COM Mar 27 2018 06:03:00     Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,    Miami, FL 33131-1605
14205448        EDI: GMACFS.COM Mar 27 2018 06:03:00      Ally Financial f/k/a GMAC,    PO Box 130424,
                 Roseville MN 55113-0004
14189844       +EDI: CONVERGENT.COM Mar 27 2018 06:03:00      Convergent Outsourcing,    P.O. Box 9004,
                 Renton, WA 98057-9004
14257606       +E-mail/Text: kburkley@bernsteinlaw.com Mar 27 2018 02:23:40      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14189846        EDI: ECMC.COM Mar 27 2018 06:03:00      ECMC,    1 Imation Place,    Building 2,
                 Oakdale, MN 55128-3422
14189853       +EDI: NAVIENTFKASMSERV.COM Mar 27 2018 06:03:00      Navient,    P.O. Box 9655,
                 Wilkes Barre, PA 18773-9655
14235899        EDI: NAVIENTFKASMSERV.COM Mar 27 2018 06:03:00      Navient Solutions, Inc.,    PO BOX 9640,
                 Wilkes-Barre, PA 18773-9640
14287452        EDI: RECOVERYCORP.COM Mar 27 2018 06:03:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 8
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr              City and School District of Pittsburgh
cr              Duquesne Light Company
cr              Pittsburgh Water & Sewer Authority
cr              WILMINGTON TRUST, NATIONAL ASSOCIATION, Et Al...
cr              Wilmington Trust, National Association, not in its
14189849*      +Fay Servicing LLC,    3000 Kellway Dr.,    Ste 150,    Carrollton TX 75006-3357
14189845      ##+Debt Recovery Solutions,    900 Merchants Con Suite 106,    Westbury, NY 11590-5114
                                                                                         TOTALS: 5, * 1, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: dbas              Page 2 of 2            Date Rcvd: Mar 26, 2018
                              Form ID: 309            Total Noticed: 21
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, Et Al...
           agornall@goldbecklaw.com,  bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Ashley  Popowitz    on behalf of Creditor    Wilmington Trust, National Association, not in its
           individual capacity, but solely as trustee for MFRA Trust 2015-1 flbkecf@mccallaraymer.com
          Christian M Rieger    on behalf of Joint Debtor Lizabeth L. Dean criegerlaw@gmail.com,
           chris@pauldanielslaw.com
          Christian M Rieger    on behalf of Debtor Charles R. Dean criegerlaw@gmail.com,
           chris@pauldanielslaw.com
          James  Warmbrodt    on behalf of Creditor    WILMINGTON TRUST, NATIONAL ASSOCIATION, Et Al...
           bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor    City and School District of Pittsburgh jhunt@grblaw.com,
           cnoroski@grblaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 11
```