**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHARLES R. DEAN<br>LIZABETH L. DEAN<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>      Movant<br>    vs.<br>No Repondents. | Case No.:16-20727 GLT<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/02/2016  and confirmed on 04/18/2016 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 28,884.00 |
| Less Refunds to Debtor | 2,490.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 26,394.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,006.78 | |
|    Trustee Fee | 1,106.60 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,113.38 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON TRUST NA - TRUSTEE MRFA<br>    Acct: 3049 | 0.00 | 23,142.39 | 0.00 | 23,142.39 |
|   WILMINGTON TRUST NA - TRUSTEE MRFA<br>    Acct: 3049 | 0.00 | 0.00 | 0.00 | 0.00 |
|   WILMINGTON TRUST NA - TRUSTEE MRFA<br>    Acct: 3049 | 21,920.34 | 0.00 | 0.00 | 0.00 |
|   PITTSBURGH WATER & SEWER AUTH*<br>    Acct: E353 | 88.70 | 0.00 | 0.00 | 0.00 |
| | | | | 23,142.39 |
| **Priority** | | | | |
|   CHRISTIAN M RIEGER ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CHARLES R. DEAN<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CHARLES R. DEAN<br>    Acct: | 996.00 | 996.00 | 0.00 | 0.00 |
|   CHARLES R. DEAN<br>    Acct: | 996.00 | 996.00 | 0.00 | 0.00 |

| 16-20727 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| CHARLES R. DEAN | 498.00 | 498.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHRISTIAN M RIEGER ESQ | 3,310.00 | 2,006.78 | 0.00 | 0.00 |
| Acct: | | | | |
| CITY AND SCHOOL DISTRICT OF PITTSBUR | 1,994.33 | 0.00 | 0.00 | 0.00 |
| Acct: 2457 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 138.23 | 0.00 | 138.23 |
| Acct: 3324 | | | | |
| | | | | 138.23 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 7,413.05 | 0.00 | 0.00 | 0.00 |
| Acct: 9207 | | | | |
| CONVERGENT OUTSOURCING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2126 | | | | |
| PORANIA LLC | 501.42 | 0.00 | 0.00 | 0.00 |
| Acct: 1559 | | | | |
| ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0251 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0928 | | | | |
| NAVIENT SOLUTIONS INC | 14,561.12 | 0.00 | 0.00 | 0.00 |
| Acct: 3641 | | | | |
| ALLY FINANCIAL(*) | 5,832.29 | 0.00 | 0.00 | 0.00 |
| Acct: 3280 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 5,602.07 | 0.00 | 0.00 | 0.00 |
| Acct: 5904 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FAY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FAY SERVICING LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMC SPECIALTY MORTGAGE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| AAS DEBT RECOVERY INC/AMERICAN AD | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1393 | | | | |

\*\*\*N O N E\*\*\*

TOTAL PAID TO CREDITORS                                                                                                                    23,280.62

TOTAL CLAIMED
PRIORITY           1,994.33
SECURED           22,009.04
UNSECURED         33,909.95

Date: 07/22/2018                                   /s/ Ronda J. Winnecour
                                                   RONDA J WINNECOUR PA ID #30399
                                                   CHAPTER 13 TRUSTEE WD PA
                                                   600 GRANT STREET
                                                   SUITE 3250 US STEEL TWR
                                                   PITTSBURGH, PA  15219
                                                   (412) 471-5566
                                                   cmecf@chapter13trusteewdpa.com